a new trial when during jury deliberations several jurors made allegedly improper remarks about the defendant who is African-American?''

The Supreme Court docket number is SC 15296.

*Richard M. Marano,* special public defender, in support of the petition.

*Leah Hawley,* assistant state's attorney, in opposition.

Decided July 10, 1995

---

STATE OF CONNECTICUT *v.* JOSE LUIS GARCIA

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 619 (AC 11805), is denied.

*Brian J. Kornbrath,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided July 10, 1995

---

SAMUEL RICHARDS ET AL. *v.* ELIJAH JAMES ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 37 Conn. App. 923 (AC 13682), is denied.

*Louis S. Avitabile,* in support of the petition.

Decided July 10, 1995

---

GARY ZALETA *v.* TOWN OF FAIRFIELD

The plaintiff's petition for certification for appeal from the Appellate Court, 38 Conn. App. 1 (AC 13419), is denied.